367 A.2d 1105

Commonwealth v. Galbraith, Appellant.

Argued November 15, 1976. Kirby Lee Boring, with him Donald L. Phillips, for appellant; Walter W. Gregory, Jr., Assistant District Attorney, and Jess D. Costa, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Because it appears that the Commonwealth's witness was unsworn, the case is remanded to the court below for a proper hearing.

WATKINS, P. J., absent.